

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00392-CV

| | | |
|---|---|---|
| THE TOWN OF FLOWER MOUND, TEXAS; THE ZONING BOARD OF ADJUSTMENT FOR THE TOWN OF FLOWER MOUND, TEXAS; AND THE OIL & GAS BOARD OF APPEALS FOR THE TOWN OF FLOWER MOUND, TEXAS, Appellants | § | On Appeal from the 431st District Court |
| | § | of Denton County (18-9622-431) |
| | § | August 22, 2019 |
| V. | § | Opinion by Justice Wallach |
| EAGLERIDGE OPERATING, LLC, Appellee | § | Concurrence and Dissent by Chief Justice Sudderth |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed and the case is remanded to the trial court for further proceedings consistent with this opinion.

It is further ordered that appellee EagleRidge Operating, LLC shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By /s/ Mike Wallach
    Judge Mike Wallach